UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUBEN CASTILLO MOTA; and
JUDITH SANTAMARIA CORTES

    Plaintiffs,

 v.

LEE FRANCIS CISSNA, Director, U.S.
Citizenship and Immigration Services,
et al.,

    Defendants.

C19-627 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Plaintiffs' motion to dismiss, docket no. 4, is treated as a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is DIRECTED to close this case.

  (2) Plaintiffs' motion for leave to proceed in forma pauperis, docket no. 1, is STRICKEN as moot.

  (3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

  Dated this 31st day of May, 2019.

               William M. McCool
               Clerk

               s/Karen Dews
               Deputy Clerk

MINUTE ORDER - 1